IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00396–REB–KMT

ELISA GARLAND,

     Plaintiff,

v.

THE BOARD OF EDUCATION OF DENVER PUBLIC SCHOOL DISTRICT NO. 1, a
political subdivision of the State of Colorado,
JACKIE SCHNEIDER, in her individual and official capacity,
JOHN YOUNGQUIST, in his individual and official capacity,
WILLIAM EWING, in his individual and official capacity, and
SHAWN ALLEGREZZA, in her individual and official capacity,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff's Motion for Leave to Amend the Complaint (Doc. 1)." (Doc. No. 35, filed July 13, 2011.)  In light of the representations in "Plaintiff's Amended Reply to the Motion for Leave to Amend the Complaint" (Doc. No. 46, filed Aug. 25, 2011), including Plaintiff's request that the Motion be withdrawn, it is ORDERED that Plaintiff's Motion (Doc. No. 35) is WITHDRAWN.

Dated: September 27, 2011